PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LILIN BAO, | CASE NO. 1:24-CV-01007-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| DANIELLE LEHMAN, DIRECTOR OF USCIS SAN FRANCISCO ASYLUM OFFICE, | |
| Defendant. | |

The Defendant respectfully requests a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2020. USCIS has scheduled Plaintiff's asylum interview for February 10, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

/ / /

1

1  The parties therefore stipulate that the new date for Defendants to file an answer or other
2  dispositive pleading is June 10, 2025.  The parties further request that all other filing deadlines be
3  similarly extended.

5  Respectfully submitted,

7  Dated:  October 30, 2024                                    PHILLIP A. TALBERT
                                                                                 United States Attorney

9                                                                         By:  /s/ ELLIOT C. WONG
                                                                                 ELLIOT C. WONG
10                                                                              Assistant United States Attorney

12                                                                              /s/ LILIN BAO
    Dated: October 30, 2024                                    LILIN BAO
13                                                                              Plaintiff in Pro Per

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on October 31, 2024, she served a copy of the STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:   Lilin Bao
             2433 Freestone Dr.
             Merced, CA 95340

*/s/ L. Smith*
L. Smith

3

**ORDER**

Pursuant to the parties' stipulation and good cause appearing for granting the request in part, Defendants shall file an answer or other dispositive pleading on or before **April 1, 2025**. All other filing deadlines are extended accordingly. Furthermore, in light of this stipulation, the scheduling conference set for December 19, 2024 is CONTINUED to **May 6, 2025 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **October 31, 2024**                     /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE