UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIN BAO,<br><br>          Plaintiff,<br><br>     v.<br><br>DANIELLE LEHMAN,<br><br>          Defendant. | Case No.  1:24-cv-01007-JLT-BAM<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR SECOND EXTENSION OF TIME**<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 9) |

   Plaintiff Lilin Bao, proceeding *pro se*, filed this action on August 26, 2024, alleging that Defendant Danielle Lehman, Director of the U.S. Citizenship and Immigration Services ("USCIS") San Francisco Asylum Office, was unduly delaying Plaintiff's asylum application. (Doc. 1.)  On October 31, 2024, pursuant to the parties' stipulation and good cause appearing, the Court extended Defendant's time to respond to Plaintiff's complaint.  (Doc. 8.)

   On April 1, 2025, Defendant Danielle Lehman filed an administrative motion for a second extension of time, requesting until July 28, 2025 to file an answer or dispositive pleading and requesting the May 6, 2025 scheduling conference be vacated.  (Doc. 9.)  Defendant states that Plaintiff attended an asylum interview on February 10, 2025, that USCIS scheduled a re-interview of Plaintiff for April 28, 2025, and that an extension would allow Defendant to take further action on Plaintiff's application which would render the litigation moot.  (*Id.* at 2, Doc. 9-1.)  Defendant further notes that Defendant's counsel reached out to Plaintiff on April 1, 2025 seeking a stipulation but Plaintiff had not responded prior to Defendant filing the motion.  (Doc. 9 at 2.)

1

Permitting this extension will allow the parties further time to potentially resolve the issues underlying this action.  Additionally, Plaintiff has not filed an opposition to Defendant's administrative motion within the time required.  L.R. 233(b).  Accordingly, good cause appearing, Defendant shall file an answer or other dispositive pleading on or before **July 28, 2025.**  All other filing deadlines are extended accordingly.  Furthermore, in light of this status of this case, the scheduling conference set for May 6, 2025 is CONTINUED to **August 26, 2025 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 8, 2025**          /s/ *Barbara A. McAuliffe*          
                                    UNITED STATES MAGISTRATE JUDGE

2